# United States District Court
# For the District of Columbia



FILED

APR 22 2008

Clerk, U.S. District and
Bankruptcy Courts

| | | | |
|---|---|---|---|
| James Madison Project | ) | | |
| | ) | | |
| vs    Plaintiff | ) | C | Case: 1:08-cv-00708 |
| | ) | | Assigned To : Robertson, James |
| Central Intelligence Agency | ) | | Assign. Date : 4/22/2008 |
| | ) | | Description: FOIA/Pricavy Act |
| Defendant | ) | | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __none__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_

Signature

975905
BAR IDENTIFICATION NO.

Bradley P. Moss, Esq.
Print Name

1250 Connecticut Avenue, NW, Suite 200
Address

Washington   DC   20036
City   State   Zip Code

202-907-7945
Phone Number