UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 08-0708 (JR) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, the Central Intelligence Agency, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including July 14, 2008, within which to file its answer or other response to the complaint filed herein. Defendant's answer or other response is now due on June 11, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion for an enlargement of time.

There is good cause for this motion. Undersigned counsel expect to file a motion for an *Open America* stay in this case and are attempting to obtain information from agency counsel concerning the projected date on which the agency can begin and complete the processing of the FOIA requests at issue in this litigation. Accordingly, Defendant is requesting an extension of time to and including July 14, 2008, to respond to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this unopposed motion for an enlargement of time be granted.

        Respectfully submitted,

         /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

         /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

         /s/
        JUDITH A. KIDWELL
        Assistant United States Attorney
        555 Fourth Street, N.W.- Civil Division
        Room E4905
        Washington, D.C. 20530
        (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MADISON PROJECT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 08-0708 (JR) |
| ) | |
| **CENTRAL INTELLIGENCE AGENCY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file its answer or other response to the complaint herein, it is this _____ day of June, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including July 14, 2008, to file its answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE