AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The James Madison Project

        Plaintiff(s)

        vs.

Central Intelligence Agency

        Defendant(s)

**APPEARANCE**

CASE NUMBER    08-708 (JR)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Mark S. Zaid__ as counsel in this
                        (Attorney's Name)

case for: __Plaintiff The James Madison Project__
            (Name of party or parties)

| | |
|---|---|
| 7/14/08 | *[signature]* |
| Date | Signature |
| | Mark S. Zaid |
| 440532 | Print Name |
| BAR IDENTIFICATION | 1250 Connecticut Avenue, N.W., Ste 200 |
| | Address |
| | Washington, D.C.    20036 |
| | City     State     Zip Code |
| | 202-454-2809 |
| | Phone Number |