UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES MADISON PROJECT <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY <br><br> Defendant. | * <br> * <br> * <br> * <br> *    Civil Action No. 08-0708 (JR) <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME TO SUBMIT OPPOSITION BRIEF

NOW COMES the plaintiff the James Madison Project, by and through its undersigned counsel, to respectfully move the Court for an extension of time to on or before August 11, 2008, in which to submit plaintiff's response to defendant's Motion for Summary Judgment. The present due date is July 28, 2008. This is the first request by plaintiff for an extension of time.

Defendant's motion was filed on July 14, 2008. Plaintiff's counsels have been and are currently juggling several time-sensitive matters before the Department of Defense, Department of the Army, Central Intelligence Agency, and Defense Intelligence Agency pertaining to security clearance revocations/denials and personnel actions, including an administrative hearing that took place on July 15, 2008 and the submission of a detailed, written response pertaining to a client's security clearance revocation. Undersigned counsel was responsible for taking part in several depositions on July 16, 2008.

Plaintiff's counsels also have to contend with briefing deadlines or other obligations in at least the following cases: SSgt Frank Wuterich v. Congressman John Murtha, No.

07-5379 (D.C. Cir.), Mark S. Zaid, P.C. v. United States, Civil Action No. 08-20 (Ct. Cl.); James Madison Project v. Central Intelligence Agency, Civil Action No. 07-2306 (D.D.C.), and German v. Bethesda Fire Department et al., Civil Action No. 05-494 (D.Md).

Plaintiff's counsel has discussed this request with counsel for the defendant, and she has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this motion.

Date: July 17, 2008

Respectfully submitted,

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
Brad@MarkZaid.com
Mark@MarkZaid.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT<br><br>　Plaintiff,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY<br><br>　Defendant. | *<br>*<br>*<br>*<br>*　Civil Action No. 08-0708 (JR)<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

　Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to Submit Opposition Brief, and the entire record herein, it is this \_\_\_\_ day of July 2008, hereby

　ORDERED, that plaintiff's Motion is granted; and further

　ORDERED, that plaintiff's Opposition is due on or before August 11, 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE