UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 08-0708 (JR) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO FILE REPLY**

Defendant, the Central Intelligence Agency, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including August 26, 2008, within which to file its reply to Plaintiff's opposition to Defendant's motion for summary judgment. Defendant's reply is now due on August 19, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion for an enlargement of time.

There is good cause for this motion. In its opposition, Plaintiff has challenged the search conducted by Defendant. In order to reply to Plaintiff's assertions, it may be necessary to file an additional declaration to address this issue. Moreover, Plaintiff has now advised undersigned counsel that it intends to amend its complaint to include another Freedom of Information Act request that was made subsequent to the request at issue in this case. Thus, Defendant's motion and Plaintiff's opposition may become moot.

Accordingly, Defendant is requesting an extension of time to and including August 26, 2008, to file its reply to Plaintiff's opposition to Defendant's motion for summary judgment.

For the foregoing reasons, Defendant respectfully requests that this unopposed motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES MADISON PROJECT,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 08-0708 (JR) |
| **CENTRAL INTELLIGENCE AGENCY,** | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file its reply to Plaintiff's opposition to Defendant's motion for summary judgment, it is this _____ day of August, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including August 26, 2008, to file its reply to Plaintiff's opposition to Defendant's motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE